Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

CLERK, U.S. DISTRICT COURT

3/10/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

Case Number    2:26-cr-00134-AH

Defendant Number  1

U.S.A. v.  Clayton Sampson

Year of Birth  1964

[✓] Indictment          [ ] Information

Investigative agency (FBI, DEA, etc.)   HSI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   12/01/2018

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[✓] San Bernardino       [ ] Other _____

Citation of Offense   18 U.S.C. § 371; 18 U.S.C. § 2319C;

18 U.S.C. § 1956(h)

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No       [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide Name: _____

          Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*      [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*      [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*      [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*      [ ] No

Was a Notice of Complex Case filed on the Indictment or
Information?

[ ] Yes      [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☐ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud    ☐ tax offenses

☐ environmental issues    ☐ mail/wire fraud

☐ narcotics offenses    ☐ immigration offenses

☐ violent crimes/firearms    ☐ corporate fraud

☑ Other    criminal copyright

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:    ☐ Yes    ☐ No

   IF YES :    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No

   IF YES :    ☐ State    ☐ Federal    AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date    03/09/2026

_____
Signature of Assistant U.S. Attorney

Colin S. Scott
_____
Print Name