Summons

FILED
CLERK, U.S. DISTRICT COURT

**3/18/26**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

# United States District Court

## For The

## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:26-cr-00134-AH |
| | ) | |
| v. | ) | **SUMMONS TO APPEAR** |
| | ) | |
| CLAYTON DEAN SAMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**  Clayton Dean Sampson
c/o Special Agent to hand serve summons
11064 Ranch Drive
Rancho Cucamonga, Calif., 91737

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street,

Los Angeles, in Courtroom 640 before the Honorable __Duty Magistrate Judge__ on

__April 7, 2026__ at __1:00 p.m.__ to answer to an __Indictment__ charging you with

violating SEE ATTACHED.

Dated: March 16, 2026

cc: Special Agent

CLERK OF COURT, U.S. DISTRICT COURT

*Brian D. Karth*

BRIAN D. KARTH

### RETURN

This summons was received by me at __March 18th__ on __2026__

_____
CLAYTON DEAN SAMPSON, Defendant