Summons

FILED
CLERK, U.S. DISTRICT COURT

**3/18/26**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

# United States District Court

## For The

## Central District of California

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )     Case No. 2:26-cr-00134-AH
                                    )
      v.                            )     **SUMMONS TO APPEAR**
                                    )
ELISHA SAMPSON,                     )
                                    )
            Defendant.              )
_____ )

**TO:**   Elisha Sampson
          c/o Special Agent to hand serve summons
          11064 Ranch Drive
          Rancho Cucamonga, Calif., 91737

You are hereby summoned to appear before the United States District Court for the

Central District of California in the Roybal Federal Building, 255 East Temple Street,

Los Angeles, in Courtroom 640 before the Honorable __Duty Magistrate Judge__ on

__April 7, 2026__ at __1:00 p.m.__ to answer to an __Indictment__ charging you with

violating SEE ATTACHED.

Dated: March 16, 2026          CLERK OF COURT, U.S. DISTRICT COURT

cc: Special Agent

                               *Brian D. Karth*

                               BRIAN D. KARTH

                        **R E T U R N**

This summons was received by me at ___March     18___ on ___1025___

                               *Elisha Sampson*

                               ELISHA SAMPSON, Defendant